```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 05598
   LUCIANN M FLENOY PEGUES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

             Debtor
   SSN XXX-XX-5353

-----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 03/10/2008 and was not confirmed.

      The case was dismissed without confirmation 04/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
EXECUTIVE PROPERTY MANAG  SECURED NOT I     3468.62           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          501.25           .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------       --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/24/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```